# ALABAMA COURT OF CRIMINAL APPEALS



August 30, 2024

**CR-2024-0204**
H.T.S. v. State of Alabama (Appeal from Jefferson Circuit Court: CC-21-1925)

## <u>NOTICE</u>

You are hereby notified that on August 30, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk